USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/4/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

THOMAS RITTWEGER,

             Defendant.

02 Cr. 122 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant has submitted an application for the Court to remove a witness/victim notification from his Bureau of Prisons file. Among other things, the defendant points out that this Court never required such notification as part of his sentence.

    It is unclear whether any order from the Court is necessary or appropriate. The defendant points out that it was the Bureau of Prisons that has imposed the restriction, not the Court. There is no modification of the terms of the judgment that is required. With respect to conditions imposed by the Bureau of Prisons, there are administrative procedures within the Bureau of Prisons to object to actions by the Bureau of Prisons or to request changes.

    The Court has no objection to the removal of a witness/victim notification requirement for the defendant.

In any event, the Government should respond to the defendants' request by October 18, 2013.

**SO ORDERED.**

Dated:   New York, New York
         October 3, 2013

_____
John G. Koeltl
United States District Judge