**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2013

**By Fax and ECF**

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
New York, NY  10007

      Re:    **United States v. Thomas Rittweger**
            **02 Cr. 122 (JGK)**

Dear Judge Koeltl:

      As directed by the Court's Order, dated October 3, 2013, the Government respectfully submits this letter in response to the application from Thomas Rittweger, the defendant, to "remove a witness/victim notification from his Bureau of Prisons file." (Order at 1).  In the Court's Order, the Court noted that because "there are administrative procedures within the Bureau of Prisons to object to actions by the Bureau of Prisons or to request changes," "[i]t is unclear whether any order from the Court is necessary or appropriate." (Id.).

      The Government agrees that no order from the Court is necessary or appropriate at this time.  Earlier today, Federal Correctional Institution Fort Dix ("FCI Fort Dix"), where the defendant is being currently incarcerated, has confirmed to the undersigned that it has not received any request from the defendant to modify or remove any witness/victim notification.

      Under the Victim and Witness Protection Act of 1982 and accompanying federal regulations codified at 28 C.F.R. § 551.150 through § 551.153, the Bureau of Prisons ("BOP") is directed to follow certain procedures to provide victims and witnesses of serious crimes with certain information about a defendant, including, but not limited to, information about a defendant's release from a BOP institution.  It also sets forth a procedure whereby "a victim and/or witness may request cancellation of the notification." Id. § 551.153.  If the defendant is of the view that BOP or FCI Fort Dix has failed to comply with the applicable law and that he has standing to object, his first recourse is to present his request and arguments to the BOP.  Before the defendant exhausts his administrative remedies, his application to this Court for relief is premature.

The Honorable John G. Koeltl
October 7, 2013
Page 2

      Accordingly, the application should be denied at this time as premature.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
(212) 637-2415

cc:    Thomas Rittweger (51309-054)
       FCI Fort Dix
       Federal Correctional Institution
       P.O. Box 2000
       Fort Dix, NJ  08640